377 A.2d 988

Commonwealth v. Napson, Appellant.

Submitted June 23, 1977. Cheryl A. Furey, for appellant; Vincent M. Lorusso, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 988

Commonwealth v. Oliver, Appellant.

Argued June 16, 1977. John V. Doughten, for appellant; Duane C. Felton, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.